Samuel Hoffman, Respondent, v. Nathan Lubetkin, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Bernard Kandel, Respondent, v. The Cudahy Packing Company and Matthew T. Mulvihill, Individually and as City Marshal, etc., Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Mary E. Kolb, Appellant, v. John Gibb and Others, Composing the Firm of Frederick Loeser & Company, and The New York Building-Loan Banking Company, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Florence Leonardi, Respondent, v. Mary Dekoning and Frank Dekoning, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Theodore O. Loveland and James L. Records, Trading as the Equitable Manufacturing Company, Appellants, v. Philip M. Bernstein and Joseph A. Bernstein, Trading as Bernstein Brothers, Respondents.— Judgment of the County Court of Nassau county affirmed, with costs, on the ground that there is no evidence in the record that the plaintiffs did business under the name of the Equitable Manufacturing Company, and that the contract sued on was executed by them or in their behalf under that name. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

James Matthews and Gardiner D. Matthews, Appellants, v. Albert V. Sammis and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion, Woodward, Jenks, Gaynor and Rich, JJ., concurred.

John McCallum, Respondent, v. John Guinan, Appellant.— Interlocutory judgment affirmed by default, with costs. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Mamie Mundt, Respondent, v. Ella M. Whiffen, Appellant.— Order of the City Court of Mount Vernon setting aside dismissal of the complaint and granting new trial affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Ellen C. Osborn, Respondent, v. Howard J. M. Cardeza and Others, Defendants, Impleaded with William E. S. Griswold, as Trustee in Bankruptcy of John Osborn's Sons & Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Benedicto Pascual, Respondent, v. Jose Rodriquez and Manuel Suarez, Appellants.— Appeal from judgment of the Municipal Court dismissed on argument, with costs. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.